IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01133–EWN–MEH

CORNICE TECHNOLOGIES, INC., a Colorado corporation,

    Plaintiff and Counterclaim Defendant,

v.

AFFINITY DENTAL PRODUCTS, INC.,
  d/b/a AFFINITY PRODUCTS, INC., a California corporation,

    Defendant, Counterclaimant and Third-Party Plaintiff,

v.

AJAY GUPTA,
d/b/a/ INVENTORS PUBLISHING AND RESEARCH (ABSOLUTELY NEW),

    Third-Party Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

For the reasons set forth in open court at the status conference held March 9, 2006, the Motion for Partial Summary Judgment (#46, filed April 28, 2005) is denied without prejudice. The clerk shall administratively close this case.

Dated: March 9, 2006